**SO ORDERED**
**A Status Conference will be held on February 8, 2008 @ 10:30 A.M. in Courtroom 3-C.**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Health Management Resources, Inc. | * | Case No. 05-12871 WIL |
| | * | Chapter 7 |
| Debtor(s) | * | |
| ************************************ | * | |
| Steven H. Greenfeld | * | |
| | * | |
| Plaintiff(s) | * | |
| vs. | * | Adversary No. 08-47 |
| Weinstock, Friedman & Friedman, P.A. | * | |
| Pre-Paid Legal Services, Inc. | * | |
| Defendant(s) | * | |

## ORDER UPON NOTICE OF REMOVAL
## TO BANKRUPTCY COURT

The above-captioned adversary proceeding has been removed to this Court by filing of a Notice of Removal pursuant to Federal Bankruptcy Rule 9027.

IT IS HEREBY ORDERED, that the party that filed the Notice of Removal shall, within twenty (20) days of the date hereof, file with the Clerk copies of the docket entries and all papers filed in the court from which this case was removed. Unless reasonable objection to the record is made, this Court shall presume that copies filed are true copies of the original papers.

IT IS FURTHER ORDERED, that all parties shall refer to and follow Federal Bankruptcy Rule 9027 in their conduct of these proceedings, unless otherwise ordered.

The Court shall conduct a status conference on the date and time listed above, in Courtroom 3C of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland. Counsel shall be present.

The party filing the Notice of Removal shall mail a copy of this Order to all parties to this adversary proceeding and to their attorneys, if any.

cc:     All Parties
        All Counsel

venue-43.1 -- 6/17/04 la

**End of Order**