IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

|  |  |  |
|---|---|---|
| *In re*: | * | |
| | * | |
| Health Management Resources, Inc., | * | Case No. 05-12871 WIL |
| | * | |
| Debtor | * | Chapter 7 |
| | * | |
| ************************************** | * | |
| Steven H. Greenfeld, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Adversary No. 08-47 |
| | * | |
| Weinstock, Friedman & Friedman, P.A., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| ************************************** | * | |

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE FOR
## DEFENDANT WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.

TO THE CLERK OF THE COURT:

Pursuant to Local Bankruptcy Rule 9010-3 and Local Rule 101.1 of the United States District Court for the District of Maryland, please enter the appearance of Deborah Murrell Whelihan, Attorney-at-Law of the law firm of Jordan, Coyne & Savits, L.L.P. as the attorney for

the Defendant, Weinstock, Friedman & Friedman, P.A., which is not *pro se*.

        Respectfully submitted,

        JORDAN, COYNE & SAVITS, L.L.P

        By:/s/ ***Deborah Murrell Whelihan***
         Deborah Murrell Whelihan, #05149
         1100 Connecticut Avenue, N.W.
         Suite 600
         Washington, D.C. 20036
         Telephone: (202) 296-4747
         Facsimile: (202) 496-2800
         Email: d.whelihan@jocs-law.com

        Attorney for the Defendant Weinstock,
        Friedman & Friedman, P.A.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true copy of the foregoing Notice of Entry of Attorney Appearance for Defendant Weinstock, Friedman & Friedman, P.A. was sent electronically on this <u>6th</u> day of February, 2008, to:

        Adam M. Freiman, Esquire
        Sirody, Freiman & Feldman, P.C.
        1777 Reisterstown Road
        Suite 360
        Baltimore, MD 21208,
        Attorneys for the Plaintiff; and

        Bruce L. Marcus, Esquire
        Joseph A. Compofelice, Jr., Esquire
        Marcus & Bonsib
        6411 Ivy Lane, Suite 116
        Greenbelt, MD 20770,
        Attorneys for Defendant Pre-Paid Legal
         Services, Inc.

          /s/ ***Deborah Murrell Whelihan***
          Deborah Murrell Whelihan