_____
**WENDELIN I. LIPP**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

|  |  |  |
|---|---|---|
| *In re*: | * | |
| | * | |
| Health Management Resources, Inc., | * | Case No. 05-12871 WIL |
| | * | |
| Debtor | * | Chapter 7 |
| | * | |
| ************************************ | * | |
| Steven H. Greenfeld, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Adversary No. 08-47 |
| | * | |
| Weinstock, Friedman & Friedman, P.A., et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |
| ************************************ | * | |

**ORDER**

Upon consideration of the Parties' Joint Status Statement, and for the good cause shown therein, it is this _____ day of _____, 2008,

it is hereby ORDERED that the parties will comply with the following Schedule:

(1) That the Deadline for First Set of Interrogatories and Document Requests shall be May 30, 2008;

(2) That the Deadline for Plaintiffs to file their Expert Report and Designation shall be July 31, 2008;

(3) That the Deadline for Defendants to file their Expert Report and Designation shall be October 31, 2008;

(4) That the Deadline for Close of Discovery and filing of the Joint Report as to whether either party intends to file for summary judgment shall be March 31, 2009;

(5) That the Deadline for Filing of Dispositive Motions shall be May 11, 2009;

(6) That the Deadline for Filing of Oppositions to Dispositive Motions, if any Party files for summary judgment shall be June 1, 2009;

(7) That the Deadline for Filing of Replies in Support of Dispositive Motions, if any party files for summary judgment shall be June 16, 2009;

(8) That, if dispositive motions are filed and denied, the Pretrial Conference date shall be scheduled between thirty (30) days and sixty (60) days after the Court's decision on any dispositive motions to give any remaining parties time to prepare for the Pretrial Conference; and

(9) That the trial date shall be scheduled at the Pretrial Conference.

Copies To:

Deborah Murrell Whelihan
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036
Attorney for Defendant Weinstock,
 Friedman & Friedman, P.A

Adam M. Freiman, Esquire
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road
Suite 360
Baltimore, MD 21208,
Attorneys for the Plaintiff;

Bruce L. Marcus, Esquire
Joseph A. Compofelice, Jr., Esquire
Marcus & Bonsib
6411 Ivy Lane
Suite 116
Greenbelt, MD 20770,
Attorneys for Defendant Pre-Paid Legal
  Services, Inc.