UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: Health Management Systems | * | Case No. 05-12871 |
| Debtor, | * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \*

Steven H. Greenfeld    *
                       *
    Plaintiff          *
                       *    Adversary No.: 08-47
Vs.                    *
                       *
Weinstock, Friedman & Friedman, P.A.    *
And Pre-Paid Legal Service, Inc.        *

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE**

I hereby certify and affirm under the penalties of perjury that on May 6, 2008 I served the below mentioned parties with Interrogatories, Request for Production of Documents and Request for Admission of Facts by first class mail, postage pre-paid to:

Deborah Whelihan
Jordan, coyne & Savits, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036

Attorneys for Defendant Weinstock, Friedman & Friedman

And

Bruce L. Marcus, Esquire
Marcus & Bonsib
6411 Ivy Lane, Suite 116
Greenbelt, MD  20770

Attorneys for Defendant Pre-Paid Legal Services, Inc.

                                            Respectfully submitted,

2-1-08                                       /s/
                                            Adam M. Freiman 23047
                                            1777 Reisterstown Rd., Ste. 360 E
                                            Baltimore, MD  21208
                                            410-415-0445
                                            adamfreiman@gmail.com

                                            Special Counsel to Trustee

/s/
Mitchell Treger, Esquire #26021


### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 1st day of February, 2008, a copy of the foregoing *Entry of Appearance* was delivered by electronic means to:

All parties in the adversary proceeding
Case Trustee
US Trustee

                                             /s/
                                      Adam M. Freiman, Esquire