IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** Health Management Resources, Inc.<br>Debtor, | * * * | Case No.: |
| | | Chapter: |
| Steven H. Greenfeld, | * | |
| Plaintiff, | * | |
| Vs. | * | Adversary No.: 08-00047 |
| Weinstock, Friedman & Friedman, PA, et al. | * | |
| Defendants. | * | |

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

ORDER GRANTING FIRST APPLICATION OF INVOTEX GROUP AS FINANCIAL ADVISORS TO SPECIAL COUNSEL TO THE TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
MAY 7, 2007 THROUGH OCTOBER 31, 2007

Upon consideration of the First Interim Fee Application of Invotex Group as Financial Advisors to Special Counsel for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of May 7, 2007 through October 31, 2007 (the "Application"), adequate and proper notice having been given, any objections having been addressed or resolved, and it appearing that the compensation awarded is reasonable and a benefit to the estate, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the request contained within the Application be, and the same is hereby, approved and allowed in the amount of **$31,601.45** as compensation for services rendered and **$487.11** as reimbursement of expenses incurred during the period of May 7, 2007 through October 31, 2007, and it is further:

**ORDERED**, that the Trustee be, and hereby is, upon entry of this Order, authorized and

directed to release and deliver to Invotex the sum of **$32,088.56** as compensation for Invotex's services and expenses.

**END OF ORDER**

Cc:

Adam M. Freiman
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208
Special Counsel to Trustee

Steven H. Greenfeld
Cohen, Baldinger & Greenfeld, LLC
7910 Woodmont Avenue
Suite 760
Bethesda, MD 20814
Trustee

Office of U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Neil H. Demchick
Managing Director
Invotex Group
1637 Thames Street
Baltimore, Maryland 21231