UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re: Health Management Resources, Inc., :
: Case No. <u>05-12871 WIL</u>
               Debtor :
: Chapter 7
_____ :
Steven H. Greenfield, :
:
               Plaintiff, :
:
v. : Adversary No.: 08-47
:
Weinstock, Friedman & Friedman, P.A., :
*et al.*, :
               Defendants :
_____ :

**DEFENDANT, PREPAID LEGAL SERVICES, INC.'S,
<u>RULE 26(a)(2) EXPERT WITNESS DESIGNATION</u>**

      COMES NOW Defendant, Prepaid Legal Services, Inc. ("PPLS"), by and through counsel, Bruce L. Marcus, Esq., Joseph A. Compofelice, Jr., Esq. and MarcusBonsib, LLC, pursuant to Federal Rule of Civil Procedure 26(a)(2), Local Rule 7026-1, and this Honorable Court's Scheduling Order entered February 22, 2008, as amended by the Order entered August 26, 2008 and by the Amended Scheduling Order entered May 21, 2009, and hereby provides its Rule 26(a)(2) Expert Disclosure Statement to designate and to disclose the individuals whom it may call as expert witnesses at any trial of this matter to present evidence under Rules 702, 703, 704, and 705 of the Federal Rules of Evidence and states as follows:

      1.      Michael A. Smigocki, CPA, CVA, ABV
                Senior Managing Director
                Federal Strategies Group, LLC
                15850 Crabbs Branch Way, Suite 170
                Rockville, MD 20855

1

Mr. Smigocki is a Certified Public Accountant with more than twenty (20) years of certified public accounting and auditing experience. Mr. Smigocki is accredited in Business Valuations and he is also a Certified Valuation Analyst. Mr. Smigocki is the founder and the senior managing director of Federal Strategies Group, LLC. Prior to founding Federal Strategies Group, LLC, Mr. Smigocki was the National Managing Director of the Government Contractor Services Group of American Express Tax & Business Services, Inc., the ninth largest accounting firm in the United States at that time. Mr. Smigocki is a member of the American Institute of Certified Public Accountants. Mr. Smigocki's *curriculum vitae,* which summarizes his qualifications, education, and training, is attached hereto as Exhibit A and incorporated herein by reference.

Mr. Smigocki will be paid $300.00 an hour, which is his standard hourly rate for any accounting, auditing, and valuation services that he provides. The articles which Mr. Smigocki has authored within the preceding ten (10) years are listed in Exhibit A, and the cases in which Mr. Smigocki has been found qualified and testified as an expert at trial and in which Mr. Smigocki has testified by deposition are listed in Exhibit A.

Mr. Smigocki will testify concerning issues of liability relating to the financial condition of Health Management Resources, Inc., issues of causation, and issues of damages.  Mr. Smigocki is expected to testify about the financial condition of Health Management Resources, Inc. when it filed for bankruptcy.  Additionally, Mr. Smigocki is expected to testify to his opinions regarding the financial condition and valuation of Health Management Resources, Inc., including but not limited to: (a) the fair market values of Health Management Resources, Inc. from the year 1999 through to March 31, 2004; (b) the assets and liabilities of Health Management Resources, Inc.; (c) the analysis

of the historical operations of Health Management Resources, Inc. prior to the retention of the defendant, Weinstock, Friedman & Friedman, P.A.; (d) the likelihood of successful financial restructuring of Health Management Resources, Inc.; and (e) the valuation of Health Management Resources, Inc. dating from March 31, 2004.  Mr. Smigocki is also expected to review and then offer his opinions about the valuation report of the plaintiff's expert, Neil H. Demchick, and about the opinions offered by Mr. Demchick in his report and in any testimony that he provides at a deposition and at any trial.  In accordance with Fed. R. Civ. P. 26(a)(2) and the rules of this Court, Mr. Smigocki will provide a written report that summarizes his opinions and the bases for those opinions.  Mr. Smigocki does not have a written report because he does not have all of the data, materials and the other discovery information that he needs from the plaintiff, including the deposition transcripts of the plaintiff's experts, which he will need to prepare his written report.

      Mr. Smigocki's testimony and opinions will derive from his education, training, knowledge and experience and will derive from his review of the financial records, accounting records, audit files and work papers for Health Management Resources, Inc., from his review of documents and discovery in the bankruptcy court proceedings involving Health Management Resources, Inc. and related cases, from his review of the written discovery responses of the parties, and from his review of any deposition transcripts of the parties and the witnesses and other documentary discovery and evidence obtained or made available to the defendant, Prepaid Legal Services, Inc.  Mr. Smigocki may also rely upon deposition transcripts of the parties when depositions are taken and he may rely upon the reports, opinions and analysis of other experts.

2. PPLS reserves the right to supplement this filing if the plaintiff identifies any additional experts and those experts are permitted to testify.

3. PPLS reserves the right to identify any rebuttal expert witnesses, if necessary.

4. PPLS reserves the right to supplement or amend this expert witness designation based upon the continuation of discovery in this case, including written discovery and depositions.

Respectfully submitted,

MARCUSBONSIB, LLC

/s/ *Joseph A. Compofelice, Jr.*
JOSEPH A. COMPOFELICE, JR., ESQ. (#26718)
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
*Attorneys for Defendant,*
*Prepaid Legal Services, Inc.*