Michael A. Smigocki, CPA, CVA, ABV
Senior Managing Director
Federal Strategies Group, LLC.

## Relevant Qualifications of Expert Witness

I am the Founder and Senior Managing Director of the management consulting and forensic accounting Firm of Federal Strategies Group, LLC ("FSG"). Previous to this, I was the National Managing Director of the Government Contractor Services Group of American Express Tax & Business Services, Inc. ("TBS"), the ninth largest accounting firm in the United States at that time. American Express had acquired the CPA firm of which I was the co-founder and managing shareholder called Pugliese & Smigocki, P.C. Prior to the formation of Pugliese & Smigocki, P.C., I was the Director of Finance for Biospherics Incorporated, a publicly-traded government contractor based in the Washington, D.C. area and a senior manager with the CPA firm of Rubino & McGeehin, Chtd.

In my role with FSG, I have responsibility and oversight of the national government contracting practice. FSG provides management consulting, forensic accounting, financial and regulatory consulting, M&A advisory as well as litigation support and expert testimony services to the government contract industry.

I am a member in good standing of the following organizations: American Institute of Certified Public Accountants; Maryland Association of Certified Public Accountants; Procurement Law Section of the American Bar Association – Associate Member; Committee Member of the American Bar Association's Cost, Price & Analysis Committee; National Contract Management Association; National Association of Certified Valuation Analysts and the Institute of Management Accountants. I am one of the Founders, a current Board Member and Chairman of the Legislative and Regulatory Committee of the non-profit organization SECAF (Small & Emerging Contractor Advisory Forum), a group devoted to assisting small and emerging contractors succeed in the federal marketplace. I am also an active member of the Government Contractor Committee of the MACPA, the Executive Editor of the publication *Federal Strategic Insights*, a contributing columnist to the publication *Set Aside Alert*, a course instructor for numerous FSG and other entity-sponsored courses, and was an adjunct professor at Montgomery College. I am a graduate of the American Express Leadership Effectiveness Advancement Program ("LEAP"), a two-year program for only selected individuals, designed to train and develop the next leaders of the Company. Finally, I am a Senior Mentor in the MBA Program for the University of Maryland's Smith Business School.

I am a graduate of the University of Maryland with a B.S. degree in Accounting. I am a Certified Public Accountant practicing in the State of Maryland, a Certified Valuation Analyst, and a CPA Accredited in Business Valuations (ABV). I have also attended



EXHIBIT A

numerous courses that have provided extensive specialized training in various subjects impacting the government contract industry.

Nationally, I am a frequent speaker and have had many articles published which I have authored on issues pertaining to the government contract industry.

During my approximately 20 plus years of experience in the public accounting and management consulting industry, I have been extensively involved in the following areas:

- Financial statement audits, reviews and compilations of companies including both publicly-traded and privately-held companies, primarily in the government contracting industry.
- Agreed-upon procedures to specified elements of financial statements and/or internal controls.
- Forecasts and projections of company operations.
- Income tax planning and preparation for corporations, partnerships and individuals.
- Mergers and acquisitions of companies and divisions of companies.
- Consulting services to the government contracting industry including:
    - Cost allowability and allocability issues under the Federal Acquisition Regulations and Cost Accounting Standards.
    - Design and implementation of shareholder value maximization programs.
    - Buy-side and sell-side representation services
    - Cost accounting system evaluations and implementations
    - Cost proposal preparation and pricing strategies
    - DCAA, IG, and Agency auditor liaison
    - Indirect rate model development and optimization
    - Fraud investigations and qui tam matters
    - Business valuations and litigation matters involving valuation issues
    - Bid protest support services
    - Claim analysis, preparation and support services
    - Damage modeling and analysis in breach of contract matters
    - Post merger/acquisition related litigation
    - ADR and other mediation services
    - Budgeting, business plan preparation, and forward pricing reviews
    - Compensation reviews and operational audits
    - Policy and procedure manual development, review and implementation

The following provides information for those cases that I have testified as an expert at trial or by deposition:

1. Berlitz International v. Department of Justice, Bid protest before the General Accounting Office ("GAO"). Issue regarding improper evaluation by the government of contractor's proposals.

2. Hughes STX v. Department of Transportation, Case No. B-278466, Bid protest before the General Accounting Office. Bid protest regarding issue of cost realism.

3. Joesph Yeh, et al. v. CACI International, Inc., Civil No. 97-1448, In the United States District Court, District of Maryland. Dispute involving matters relating to acquisition by the defendant of the plaintiffs corporation.

4. Pacific/West Communications Group, Inc., et al. v. California Department of Transportation, et al. Case No. BC 163 492. Contract dispute regarding type of contract, extent and type of audits performed by the State, adequacy of audit procedures.

5. Information Systems & Networks Corporation v. City of Atlanta, et. al., Civil Action No. 1:99 CV-0719 (U.S. District Court, Northern District of Georgia). Damages expert in wrongful termination suit.

6. Information Systems & Networks Corporation v. USA, Civil Action No. 98-663C, (U.S. Court of Federal Claims). Cost disallowances and determination of final indirect costs.

7. GRC International, Inc. v. The George Washington University, Civil Action No. 00-971-A, (U.S. District Court, Eastern District). Damages expert in contract dispute matter.

8. J. Cooper & Associates, Inc. v. USA, Civil Action No. 97-839C, (U.S. Court of Federal Claims). Damages expert in breach of contract matter.

9. IN RE: Unisys Corporation Securities Litigation, Civil Action No. 99-5333, Class Action, (U.S. District Court, Eastern District of Pennsylvania). Government contracting accounting and industry expert in class action suit regarding public representations.

10. Information Systems & Networks Corporation v. International Aviation Consultants, LLC, Civil Action No. 1:00-CV-0952-CAP (U.S. District Court, Northern District of Georgia/Atlanta Division). Damages expert in breach of contract matter.

11. <u>SY Technology v. System Studies and Simulation, Inc. and David Ferrell</u>, Civil Action No. 00-2129-A (U.S. District Court, Eastern District of Virginia). Defendant damages expert in breach of contract matter.

12. <u>Aliron International, Inc. v. DynCorp Biotechnology and Health Services, Inc.</u>, Civil Action No. 01-359-A (U.S. District Court, Eastern District of Virginia, Alexandria Division). Damages expert in breach of Subcontract matter.

13. <u>Allsteel, Inc. v. USA</u>, Civil Action No. 98-856C (U.S. Court of Federal Claims). Defective pricing and government audit expert.

14. <u>Deva & Associates, P.C. v. International Business Machines Corporation</u>, Case No. PJM-00-2211, (U.S. District Court, Maryland District). Damages expert in breach of contract matter.

15. <u>Northrop Grumman Information Technology, Inc. v. U.S. Air Force Weather Agency</u>, Bid protest number B-290080 before General Accounting Office. Cost expert in cost realism matter.

16. <u>Dr. Howell H.W. Mei v. Advanced Technologies and Laboratories, Inc.</u>, Civil Action No. 219851 (Circuit Court for Montgomery County, Maryland). Valuation expert in shareholder dispute matter.

17. <u>CompanyValue.com, Inc. v. Association For Financial Professionals, Inc. and James A. Kaitz</u>, Civil No. 222581-V (Circuit Court for Montgomery County, Maryland). Damages expert in breach of contract matter.

18. <u>American Institutes for Research v. National Institute of Health</u>, Case No. B-291656, Bid protest before the General Accounting Office. Cost realism matters.

19. <u>Hercules Communications v. ITXC Corporation</u>, Matter No. 198055 (Fairfax Circuit Court, Fairfax, VA). Damages expert in breach of contract matter.

20. <u>AB Technology, Inc., et al v. IIT Research Institute</u>, Alternative Dispute Resolution. Expert on damages, accounting for government contracts, and various other government contract regulatory issues.

21. <u>Dickinson T. Brent v. RS Information Systems, Inc.</u>, Civil Action No. 245347-V (In the Circuit Court or Montgomery County, MD). Damages expert in Breach of Contract Matter.

22. <u>Catapult Technology, LTD v. RS Information Systems, Inc.</u>, Civil Action No. 245290-V (In the Circuit Court for Montgomery County, MD). Damages expert in Breach of Contract Matter.

23. <u>James Brown, et al v. Community Research Associates, Inc. et al</u>, Case No. CH05002880 (in the Circuit Court for the City of Alexandria, VA). Forensics expert for defendant on pre and post acquisition issues.

24. <u>Protest of TYBRIN Corporation</u>, Case No. B-298364 before the General Accounting Office. Cost realism issues.

25. <u>Blackwater Lodge and Training Center, Inc. v. Covenant Services Worldwide, LLC, et al</u>, Civil Action File No. 2:06-CVS-00010-BO, U.S. District Court, Eastern District of North Carolina, Northern Division. Government contracts expert in trade secrets dispute.

26. <u>United States Ex Rel. Ruth Ritchie v. Lockheed Martin Corp and Lockheed Martin Space Systems Co.</u>, Case No. 04-N-1937, United States District Court, District of Colorado. Forensics expert for plantiff/relator.

27. <u>William and Jean Thurman v. Maryland Custom Homes CH, LLC.</u>, Case No. 16-421-Y-0073906, American Arbitration Association – Washington, D.C. Forensics expert in fraud matter.

28. <u>Stratesec, Inc./Stephen Marcus, Chapter 11 Trustee v. Argy, Wiltse & Robinson, P.C.</u>, Case No. 04-00696 Chapter 11, Adversary Proceeding No. 04-696, in the United States Bankruptcy Court for the District of Columbia. Government contracts expert for defendant.

29. <u>Medley Jarvis Industries, Inc. v. C. Martin Company, Inc.</u>, Case No. 70-145-L-13-07-VMD, American Arbitration Association, Commercial Arbitration Tribunal, Las Vegas, Nevada. Forensics and government contracts expert in fraud matter.

The following cases are awaiting deposition and/or trial testimony:

1. <u>McTech Corporation v. SIM-G Technologies, LLC.</u>, Case No. 06-81016-CIV-RYSKAMP/VITUNAC, U.S. District Court, Southern District of Florida. Damages expert in breach of contract matter.

2. <u>Appeal of Harding Security Associates, Inc.</u>, before the Armed Services Board of Contract Appeals, ASBCA No. 55763. Government contract expert in contract dispute matter.

3. <u>Ann's House of Nuts, Inc. and Lloyds of London</u>, Insurance reference # 07-01-522. Lost profits expert in accidental product contamination matter.

## Articles Written

1. *"To Protest or Not to Protest"* – The Government Contractor
2. *"White Paper – Cash Flow Issues for Government Contractors"* – The Government Contractor.
3. *"Incumbent Bidding Strategies"* - Set Aside Alert
4. *"Are You An Acquisition Target"* – Set Aside Alert
5. *"The Limitations of Costs/Funds Clause – A Timely Reminder"* – Set Aside Alert
6. *"Tax Issues for Government Contractors"* – CPA Statement
7. *"Qui Tam – The Enemy Within?"* – The Government Contractor
8. *"1998-A Year of Change and Challenge for Today's Government Contractor"* – The Government Contractor
9. *"Executive Compensation- Be Prepared for the Attack"* – Set Aside Alert
10. *"Incentive Compensation Plans – Strategy Towards Effectiveness"* - Set Aside Alert
11. *"Your Mission Statement – Words on Paper or Religion to be followed"* – Set Aside Alert
12. *"Internal Controls and Cash – Protecting Your Most Valuable Asset"* – Set Aside Alert
13. *"Labor Charging Systems and Floorcheck Audits"* – Set Aside Alert
14. *"Size Standard Protection Strategies"* – Set Aside Alert
15. *"Attracting and Retaining Key Employees – Stock Grant Plans"* – Set Aside Alert
16. *"The New Blacklisting Regulations – Changing the way the Game is Played"* – Set Aside Alert
17. *"Are You Current With Your Incurred Cost Submissions?"* – Set Aside Alert
18. *"Surviving Federal Audits"* – Set Aside Alert
19. *"The Usage of Equity-Based Compensation is Still in Vogue"* – Set Aside Alert
20. *"The Aftermath from the Day the Earth Stood Still"* – Set Aside Alert
21. *"Highlights of the New 2001 Tax Relief Act"* – Set Aside Alert
22. *"2002 Shaping Up to be an Interesting Year"* – Set Aside Alert
23. *"Stock Options Are Not Dead"* – Set Aside Alert
24. *"The Bottom Line on Stock Options Accounting"* – Set Aside Alert
25. *"Financial Capability Audits"* – Set Aside Alert
26. *"GSA Audits"* – Set Aside Alert
27. *"Is Subchapter S For You"* – Set Aside Alert
28. *"SBIR Awards"* – Set Aside Alert
29. *"Maximizing Shareholder Value"* – Set Aside Alert
30. *"The New Procurement Fraud Task Force"* – Set Aside Alert
31. *"PreAward Accounting System Surveys"* – Set Aside Alert
32. *"The Convergence of Strategy & Valuation"* – Federal Strategic Insights
33. *"The Impact of Recertification on Valuation and Marketability"* – Federal Strategic Insights.

## Courses/Seminars Taught

1. *Accounting Systems for Government Contractors* – MACPA/Amex TBS
2. *Mergers & Acquisitions* – Amex TBS
3. *Opportunities in Federal Procurement* – Government Contractor Services, Inc.
4. *GSA Schedule Contracting* – Amex TBS, Global Services, Inc.
5. *Defective Specifications* – Starfield & Payne
6. *Accounting Issues for Government Contractors* – SBA National Center for Women Business Owners
7. *Cash Flow Issues for Government Contractors* – Amex TBS
8. *8(a) Graduation Strategies* – MACPA
9. *Tax Issues for Government Contractors* – MACPA/Amex TBS
10. *Financial Management of Government Contracts* – Center for Public Management
11. *Surviving DCAA Audits* – Center for Public Management
12. *Financial Management of Government Contracts – Life Cycle Approach* – NCMA
13. *Accounting & Audit Issues in Government Contracting* – Lanigan, Ryan
14. *Successful Teaming* – Amex TBS/MACPA/Washington Breakfast Club
15. *Indirect Rate Strategies & Methodologies* – Amex TBS
16. *Executive Compensation* – Amex TBS
17. *Financial Issues in Government Contracting* – Dykema, Gossett
18. *How to Ace Federal Audits* - Government Contract Institute
19. *GSA Schedule Contracting* – Shaw, Pittman / Global Services
20. *Accounting & Auditing issues in Government Contracting* – MACPA
21. *Federal Construction Contracting – Protecting Your Rights* – Starfield and Payne
22. *Valuation of Government Contractors* – Amex TBS
23. *Mergers & Acquisitions in Government Contracting* – Amex TBS
24. *Utilizing Professional Employer Organizations in Government Contracting* – Amex TBS/Administaff.
25. *Current Financial Strategies* – Global Services
26. *Hot Federal Audit Issues* – Government Contract Institute
27. *Financial Strategies in the new Bush Administration* – McDermott, Will & Emory/Cohen Group.
28. *Government Contract Law* – Federal Publications
29. *Indirect Rates – A Differing Perspective* – Maryland Association of CPAs
30. *Building Management Infrastructure* - Small and Emerging Contractor's Advice Forum (SECAF).
31. *Navigating the Maze of Federal Regulations* – Deltek Systems
32. *Costs, Contracts & Audits* – Deltek Systems
33. *Indirect Pools & Rates* – Deltek Systems
34. *Mergers & Acquisitions* – Deltek Systems
35. *Project Management* – Deltek Systems
36. *Doing Business With the Federal Government Under Bush II* – Association for Corporate Growth

37. *Winning Strategies for Government Contractors* – American Express TBS
38. *Current Trends in Contracting* – Sheppard Mullin
39. *Hot Topics in DCAA Audits* – Fairfax County Chamber of Commerce
40. *Indirect Rates Update* – Maryland Association of CPAs
41. *Shareholder Value Maximization* – Deltek Systems
42. *Valuation Issues for Government Contractors* – Goodman & Company Government Contractor Conference.