

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| *In re*: | * | |
| Health Management Resources, Inc., | * | Case No. 05-12871 WIL |
| Debtor | * | Chapter 7 |
| ****************************** | * | |
| Steven H. Greenfeld, | * | |
| Plaintiff | * | |
| v. | * | Adversary No. 08-47 |
| Weinstock, Friedman & Friedman, P.A., <u>et al.</u>, | * | |
| Defendants. | * | |
| ****************************** | * | |

**ORDER MODIFYING THE THIRD SCHEDULING ORDER ENTERED
ON MAY 21, 2009, MODIFYING THE FOURTH AMENDED
SCHEDULING ORDER ENTERED ON AUGUST 18, 2009,
AND POSTPONING THE PRE-TRIAL CONFERENCE AND TRIAL DATES**

Upon consideration of the Joint Motion to Extend the Deadlines of The Third and Fourth Scheduling Orders and to Postpone the Pre-Trial Conference and Trial Dates, it is hereby,

ORDERED, that the Parties shall comply with the following amended and modified Schedule:

(1) That the Deadline for Close of Discovery and for the filing of the Joint Report as to whether either party intends to file for summary judgment shall be extended from the present deadline of October 23, 2009 to the new deadline of **April 23, 2010**;

(2) That the Deadline for the filing of Dispositive Motions shall be extended from the present deadline of November 13, 2009 to the new deadline of **May 13, 2010**;

(3) That the Deadline for the filing of Oppositions to Dispositive Motions shall be extended from the present deadline of December 4, 2009 to the new deadline of **June 7, 2010**;

(4) That the Deadline for the filing of Replies to the Oppositions to Dispositive Motions shall be extended from the present deadline of December 30, 2009 to the new deadline of **June 30, 2010**;

(5) That the Deadline for the filing of Pre-Trial Memoranda is extended to **August 23, 2010**, that the Deadline for the filing of Exhibits is extended to **August 9, 2010**, and that the Deadline for the filing of objections to Exhibits is **August 23, 2010**. [PLEASE NOTE THAT ANY PARTY THAT FAILS TO FILE A WRITTEN OBJECTION BY THIS DEADLINE of **August 23, 2010** WILL BE BARRED FROM OBJECTING TO THE EXHIBIT WHEN IT IS MOVED FOR ADMISSION INTO EVIDENCE AT TRIAL.]

(6) That the hearing for Dispositive Motions will be reset from January 28, 2010 @ 2:00 p.m. to the new date of **July 26, 2010 @ 10:00 A.M.**;

(7) That the Final Pre-Trial Conference will be reset from March 1, 2010 @ 10:00 a.m. to the new date of **September 7, 2010 @ 10:00 A.M.**;

(8)     That the dates for the Trial will be reset from the week beginning on March 15, 2010 and ending on March 19, 2010 to the new dates of **September 20th, September 21st, September 22nd, September 24th and September 27th**.  [Please note that we will not hold court on September 23rd]; AND

(9)     That no further postponements of any deadline will be granted in this action, without very good cause.


Copies To:

Adam M. Freiman, Esquire
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road, Suite 360
Baltimore, MD  21208
Attorneys for Plaintiff

A. Dwight Pettit, Esquire
Mitchell D. Treger, Esquire
A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, MD  21205
Attorneys for Plaintiff

Deborah Murrell Whelihan, Attorney-at-Law
Jordan, Coyne & Savits, LLP
1100 Connecticut Ave. N.W., Suite 600
Washington, D.C.  20036
Attorneys for Defendant Weinstock,
Friedman & Friedman, P.A.

Bruce L. Marcus, Esquire
Joseph A. Compofelice, Jr., Esquire
Marcus & Bonsib
6411 Ivy Lane, Suite 116
Greenbelt, MD  20770
Attorneys for Defendant Pre-Paid Legal
Services, Inc.

Jan E. Simonsen, Attorney-at-Law
Nat P. Calamis, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C.  20036
Attorneys for Defendant
Bruce L. Richardson

**END OF ORDER**