>                             _____
>                             **WENDELIN I. LIPP**
>                             **U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| *In re*: | * | |
| Health Management Resources, Inc., | * | Case No. 05-12871 WIL |
| Debtor | * | Chapter 7 |
| ************************************ | * | |
| Steven H. Greenfeld, | * | |
| Plaintiff | * | |
| v. | * | Adversary No. 08-47 |
| Weinstock, Friedman & Friedman, P.A., <u>et al.</u>, | * | |
| Defendants. | * | |
| ************************************ | * | |

## SIXTH AMENDED SCHEDULING ORDER
## MODIFYING THE FIFTH AMENDED SCHEDULING
## ENTERED ON NOVEMBER 10, 2009 EXTENDING
## <u>THE DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES</u>

Upon consideration of the Joint Motion to Extend the Discovery and Motion Deadlines of

the Fifth Amended Scheduling Order, it is this ____ day of _____, 2010, hereby,

ORDERED, that the Parties shall comply with the following amended and modified Schedule:

(1) That the Deadlines for Close of Discovery and for the filing of the Joint Report as to whether either party intends to file for summary judgment shall be extended from the present deadline of April 23, 2010 to the new deadline of **May 21, 2010**;

(2) That the Deadline for the filing of Dispositive Motions shall be extended from the present deadline of May 13, 2010 to the new deadline of **June 7, 2010**;

(3) That the Deadline for the filing of Oppositions to Dispositive Motions shall be extended from the present deadline of June 7, 2010 to the new deadline of **June 25, 2010**;

(4) That the Deadline for the filing of Replies to the Oppositions to Dispositive Motions shall be extended from the present deadline of June 30, 2010 to the new deadline of **July 18, 2010**; and

(5) That All other deadlines of the Fifth Amended Scheduling Order (Docket no. 81) shall remain as Ordered on November 10, 2009.

Copies to:

Adam M. Freiman, Esquire
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road, Suite 360
Baltimore, MD  21208
Attorneys for Plaintiff

A. Dwight Pettit, Esquire
Mitchell D. Treger, Esquire
A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, MD  21205
Attorneys for Plaintiff

Deborah Murrell Whelihan, Attorney-at-Law
Jordan, Coyne & Savits, LLP
1100 Connecticut Ave. N.W., Suite 600
Washington, D.C.  20036
Attorneys for Defendant Weinstock,
    Friedman & Friedman, P.A.

Bruce L. Marcus, Esquire
Joseph A. Compofelice, Jr., Esquire
Marcus & Bonsib
6411 Ivy Lane, Suite 116
Greenbelt, MD  20770
Attorneys for Defendant Pre-Paid Legal
    Services, Inc.

Jan E. Simonsen, Attorney-at-Law
Nat P. Calamis, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C.  20036
Attorneys for Defendant
    Bruce L. Richardson

**END OF ORDER**