UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| HEALTH MANAGEMENT RESOURCES, INC., | ) Case No. 05-12871-WIL |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

## NOTICE OF INTENT TO COMPROMISE AND SETTLE CLAIM

To whom it may concern, and especially to all interested parties of the Estate of Health Management Resources, Inc. You and each of you are hereby notified that unless objection is made on or before twenty-one (21) days from the date of this notice, the Trustee will proceed to compromise the interests of the Estate as indicated in the attached Motion for Approval of Settlement and Compromise.

The Trustee believes that such settlement is in the best interest of the Estate and the Trustee recommends acceptance of this compromise which would alleviate the need for further litigation and resulting uncertainty and expense to the bankruptcy estate.

Any objections to the aforementioned should be filed, in writing, with the Clerk of the United States Bankruptcy Court for the District of Maryland, 300 U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, and a copy of any such objection should be sent to undersigned counsel for the Trustee.

Respectfully submitted,

COHEN BALDINGER & GREENFELD, LLC

Dated: July 22, 2010            By: /s/ Steven H. Greenfeld
                                    Steven H. Greenfeld, Bar No. 06744
                                    7910 Wisconsin Avenue
                                    Suite 1103
                                    Bethesda, MD 20814
                                    (301) 881-8300
                                    Steveng@cohenbaldinger.com
                                    Chapter 7 Trustee