10509 JUDICIAL DRIVE
SUITE 200
FAIRFAX, VIRGINIA 22030
(703) 246-0900
FAX (703) 591-3673

111 S. CALVERT STREET
SUITE 2700
BALTIMORE, MARYLAND 21202
(410) 625-5080

LAW OFFICES
JORDAN COYNE & SAVITS, L.L.P.
1100 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, D.C. 20036

(202) 296-4747
Fax: (202) 496-2800
www.jocs-law.com

161 FORT EVANS ROAD, NE
SUITE 345
LEESBURG, VIRGINIA 20176
(703) 443-2550

33 WOOD LANE
ROCKVILLE, MARYLAND 20850
(301) 424-4161

1 FLAG RUN
HC 70, BOX 358
DAVIS, WEST VIRGINIA 26260
(304) 636-9037

DEBORAH MURRELL WHELIHAN
DC AND MD BARS
DIRECT DIAL (202) 496-2810
E-Mail: d.whelihan@jocs-law.com

July 22, 2010

The Honorable Wendelin I. Lipp
U.S. Bankruptcy Judge
U.S. Bankruptcy Court for the District of
  Maryland (Southern Division)
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:    Steven H. Greenfeld, Trustee for Bankruptcy Estate of Health Management
Resources, Inc., plaintiff, v. Weinstock, Friedman & Friedman, P.A.,
et al., defendants.
Adversary Case No.: 08-47, U.S. Bankruptcy Court for the District of Maryland
Our File No.: 4243.2006010

Dear Judge Lipp:

    When I received the hearing notice and the summary judgment order in favor of Pre-Paid Legal Services, Inc., I realized that the parties failed to notify you and your chambers that we had reached a reasonable resolution of the adversary proceedings.

    I apologize that the parties inadvertently failed to advise you and your chambers that the adversary proceedings was resolved by a global settlement between the plaintiff and the defendants on June 8, 2010. This settlement involves the plaintiff and all of the defendants; namely, Weinstock, Friedman & Friedman, P.A., Pre-Paid Legal Services, Inc., and Bruce L. Richardson. Please excuse our mistake, and we apologize for any inconvenience to you and to your staff.

    We are still in the process of completing the settlement. I note that, today, the plaintiff submitted a Motion for Approval of Settlement and Compromise. I had understood that the defendants would have an opportunity to review that motion prior to its filing. On behalf of my clients, I have no objection to the Motion that was filed, but believe that the Motion should have included all of the defendants. I presume that the plaintiff will submit amended documents

JORDAN COYNE & SAVITS, L.L.P.

The Honorable Wendelin I. Lipp
July 22, 2010
Page: 2

making that correction in the very near future.

    Again, I do apologize on behalf of all counsel. Please do not hesitate to contact me or any of the other counsel if you have any questions or require further information.

Sincerely yours,

Deborah Murrell Whelihan

cc:    Adam M. Freiman, Esquire
       A. Dwight Pettit, Esquire
       Mitchell D. Tregor, Esquire
       Bruce L. Marcus, Esquire
       Joseph A. Compofelice, Esquire
       Jan E. Simonsen, Esquire
       Nat P. Calamis, Esquire